IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
) Case No. 23 - 10158 - SAH
BENJAMIN ADAM FLOYD )
) Chapter 7
Debtor. )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☐  Pay advices are attached as follows:

Employer                                Beginning Date                        Ending Date
_____      _____        _____

_____      _____        _____

_____      _____        _____

✔  The debtor certifies by his/her signature below that he/she has no pay records because: Debtor has been unemployed over sixty (60) days prior to filing bankruptcy

Dated on the 8th day of February, 2023.

s/ Benjamin Adam Floyd
_____
(Debtor Signature)
☐  Pro se Debtor
✔  Represented by Counsel

s/ John B. Hill
_____
John B. Hill                                                                      OBA No. 20071
701 N.W. 13th St., Oklahoma City, OK 73103
Telephone Number   (405) 521-8900
Fax Number   (405) 604-9054
jbhilllaw@gmail.com

Counsel for   Debtor