**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 23-10158 SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Benjamin Adam Floyd | | | Date Filed (f) or Converted (c): | 01/25/2023 (f) |
| | | | | 341(a) Meeting Date: | 02/21/2023 |
| For Period Ending: | 06/28/2023 | | | Claims Bar Date: | 09/21/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2417 Glenmere Dr, Edmond, OK 73003 | 322,500.00 | 0.00 | | 0.00 | FA |
| 2. 3249 N. Sooner Rd, Edmond, OK | 242,000.00 | 75,000.00 | | 0.00 | 75,000.00 |
| 3. 2022 BMW 4 Series | 50,000.00 | 0.00 | | 0.00 | FA |
| 4. Living furniture, bedroom furniture, kitchen appliances and utensils, home office furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. COMPUTER, Television | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Household books and family pictures | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's clothing | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Tinker Federal Credit Union (checking account) | 6,000.00 | 0.00 | | 0.00 | FA |
| 9. Keller Williams (401k) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Real Estate License | 0.00 | 0.00 | | 0.00 | FA |
| 11. 525 Realty Group, LLC (100% ownership) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Guns and Ammunition (u) | 0.00 | 7,500.00 | | 0.00 | 7,500.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $633,500.00   $82,500.00   $0.00   $82,500.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/21/2023: Initial 341 MOC, continued to 04/12/2023 for documentation
02/23/2023: App to hire Harris & Coffey filed (doc. 17)
03/10/2023: Order granted re hire Harris & Coffey (doc. 22)
04/12/2023: 341 MOC held, continued to 05/17/2023 for documentation on potential asset
04/14/2023: Motion to extend discharge filed (doc. 32)
05/04/2023: Order granted re extend discharge (doc. 36)
05/17/2023: 341 MOC held, continued to 07/12/2023
06/22/2023: Request notice to file claims

Initial Projected Date of Final Report (TFR): 06/20/2025   Current Projected Date of Final Report (TFR): 06/20/2025

Trustee Signature:   /s/ KEVIN M. COFFEY   Date: 06/28/2023

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK 73102
(405)235-1497-405-606-7
kevin@harrisandcoffey.com