**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 23-10158 | SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
|---|---|---|---|---|---|---|
| Case Name: | Benjamin Adam Floyd | | | | Date Filed (f) or Converted (c): | 01/25/2023 (f) |
| | | | | | 341(a) Meeting Date: | 02/21/2023 |
| For Period Ending: | 06/30/2023 | | | | Claims Bar Date: | 09/21/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2417 Glenmere Dr, Edmond, OK 73003 | 322,500.00 | 0.00 | | 0.00 | FA |
| 2. 3249 N. Sooner Rd, Edmond, OK | 242,000.00 | 75,000.00 | | 0.00 | 75,000.00 |
| 3. 2022 BMW 4 Series | 50,000.00 | 0.00 | | 0.00 | FA |
| 4. Living furniture, bedroom furniture, kitchen appliances and utensils, home office furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. COMPUTER, Television | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Household books and family pictures | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's clothing | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Tinker Federal Credit Union (checking account) | 6,000.00 | 0.00 | | 0.00 | FA |
| 9. Keller Williams (401k) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Real Estate License | 0.00 | 0.00 | | 0.00 | FA |
| 11. 525 Realty Group, LLC (100% ownership) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Guns and Ammunition (u) | 0.00 | 7,500.00 | | 0.00 | 7,500.00 |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $633,500.00 | $82,500.00 | $0.00 | $82,500.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/21/2023: Initial 341 MOC, continued to 04/12/2023 for documentation
02/23/2023: App to hire Harris & Coffey filed (doc. 17)
03/10/2023: Order granted re hire Harris & Coffey (doc. 22)
04/12/2023: 341 MOC held, continued to 05/17/2023 for documentation on potential asset
04/14/2023: Motion to extend discharge filed (doc. 32)
05/04/2023: Order granted re extend discharge (doc. 36)
05/17/2023: 341 MOC held, continued to 07/12/2023
06/22/2023: Request notice to file claims
06/28/2023: Form 1 filed (doc. 46)

Initial Projected Date of Final Report (TFR): 06/20/2025     Current Projected Date of Final Report (TFR): 06/20/2025

Trustee Signature:     /s/ KEVIN M. COFFEY     Date: 07/14/2023

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK  73102
(405)235-1497-405-606-7
kevin@harrisandcoffey.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-10158  
Case Name: Benjamin Adam Floyd  
Taxpayer ID No:  
For Period Ending: 06/30/2023  

Trustee Name: KEVIN M. COFFEY  
Bank Name:  
Account Number/CD#:  
Blanket Bond (per case limit): $6,941,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00  $0.00 |
| Less: Bank Transfers/CD's | $0.00  $0.00 |
| Subtotal | $0.00  $0.00 |
| Less: Payments to Debtors | $0.00  $0.00 |
| Net | $0.00  $0.00 |

Page Subtotals: $0.00  $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:     /s/ KEVIN M. COFFEY     Date: 07/14/2023

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK  73102
(405)235-1497-405-606-7
kevin@harrisandcoffey.com

Page Subtotals:     $0.00     $0.00