**Dated: September 15, 2023**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | |
| FLOYD, BENJAMIN ADAM, | Case No. 23-10158 SAH |
| Debtor, | Chapter 7 |

### AGREED ORDER APPROVING THE DEBTORS' WAIVERS OF DISCHARGE

Before the Court is the Motion of the United States Trustee ("**UST**") seeking to waive Benjamin Adam Floyd's discharge under 11 U.S.C. §727(a)(10) [Doc. 56] (the "**Motion**"). Debtor, by and through counsel, Gary D. Hammond, and the UST, by and through counsel, Jeffrey E. Tate, represent that they have agreed to entry of this Order. The Motion was filed on August 30, 2023 [Doc. 56] and all parties in interest were properly served with the Motion on August 30, 2023 pursuant to LR 9007-1. (See, Doc. 57.) The time to respond to the Motion passed on September 13, 2023, with no objections or responses filed.

Having reviewed the Court's file, the Court finds and concludes the Debtor's stipulated waiver of discharge should be, and hereby is, approved.

**All findings of fact as set forth herein are based upon representations of counsel.**

# # #

**Approved for entry,**

ILENE J. LASHINSKY
UNITED STATES TRUSTEE


/s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Room 408
Oklahoma City, OK   73102
(405) 231-5961   |   (405) 231-5958 (fax)
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov
Attorney for Plaintiff



/s/ Gary D. Hammond
Gary D. Hammond, #13825
HAMMOND LAW FIRM
512 N.W. 12th Street
Oklahoma City, OK 73103
405.216.0007 Telephone
405.232.6358 Facsimile
gary@okatty.com Email
Attorney for Benjamin Adam Floyd



Benjamin Adam Floyd
2417 Glenmere Dr.
Edmond, Oklahoma 73003

Approved for entry,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE


/s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Room 408
Oklahoma City, OK   73102
(405) 231-5961   |   (405) 231-5958 (fax)
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov
Attorney for Plaintiff



/s/ Gary D. Hammond
Gary D. Hammond, #13825
HAMMOND LAW FIRM
512 N.W. 12th Street
Oklahoma City, OK 73103
405.216.0007 Telephone
405.232.6358 Facsimile
gary@okatty.com Email
Attorney for Benjamin Adam Floyd



Benjamin Adam Floyd
2417 Glenmere Dr.
Edmond, Oklahoma 73003