**Dated: September 22, 2023**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

BENJAMIN ADAM FLOYD,

Debtor

Case No. 23-10158-SAH
(Chapter 7)

### Agreed Order regarding Trustee's Objection to Debtor's Claim of Exemption in Checking Account Funds, Gun Safes, and Guns

Trustee's Objection to Debtor's Claim of Exemption in Checking Account Funds, Gun Safes, and Guns [Doc. 54], filed August 30, 2023, comes on for consideration. Based upon Trustee's representations, the Court finds as follows:

- As evidenced by the signature of Debtor's counsel below, Debtor agrees that Trustee's objection [Doc. 54] should be granted;

- As further evidenced by the signature of Debtor's counsel below, Debtor—while agreeing to this Agreed Order—does not admit or otherwise concede to Trustee's allegations in Trustee's objection;

- Trustee's objection to exempt property was filed on August 30, 2023; the last day to file objections or otherwise respond to Trustee's objection was September 13, 2023, and no objections or other responses were filed in response to Trustee's objection; and

- Trustee's objection to Debtor's claim of exemption in funds in the amount of $6,000, two gun safes, and guns and ammunition, generally, all as more fully described in Trustee's objection to exempt property [Doc. 54], should be, and hereby is, GRANTED.

**IT IS SO ORDERED.**

*The findings of fact in this Order are based upon representations of counsel. Local Rule 9013-1.L.1*

*# # #*

APPROVED:

| | |
|---|---|
| *s/ Kevin M. Coffey*_____ | *s/ Gary D. Hammond*_____ |
| Kevin M. Coffey, OBA #11791 | Gary D. Hammond, OBA #13825 |
| HARRIS & COFFEY, PLLC | HAMMOND LAW FIRM |
| 435 N. Walker, Suite 202 | 512 NW 12th Street |
| Oklahoma City, Oklahoma 73102 | Oklahoma City, OK 73103 |
| (405) 235-1497 | (405) 216-0007 |
| Fax: 405/606-7446 | Fax : 405-232-6358 |
| kevin@harrisandcoffey.com | Email: gary@okatty.com |
| Chapter 7 Trustee | Attorney for Debtor |