IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>BENJAMIN ADAM FLOYD,<br><br>Debtor. | Case No. 23-10158-SAH<br>(Chapter 7) |

**AMENDED SCHEDULE A, SUMMARY OF ASSETS AND LIABILITIES, AND
DECLARATION ABOUT AN INDIVIDUAL DEBTOR'S SCHEDULES**

/s/ Gary D. Hammond
Gary D. Hammond, #13825

OF COUNSEL:

HAMMOND LAW FIRM
512 N.W. 12th Street
Oklahoma City, OK  73103
405.216.0007 Telephone
405.232.6358 Facsimile
gary@okatty.com Email
**ATTORNEYS FOR DEBTOR**

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Benjamin** | **Adam** | **Floyd** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Oklahoma**

Case number    **23-10158**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **Lot Nine (9), in Block One (1) of GLEN COVE AT COVELL VILLAGE, an Addition to the City of Edmond, Oklahoma County, Oklahoma, according to the recorded plat thereof.**
   Street address, if available, or other description

   **2417 Glenmere Dr.**

   **Edmond, OK  73034**
   City    State    ZIP Code

   **Oklahoma**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**    **$425,000.00**

   **Current value of the portion you own?**    **$425,000.00**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☐ Check if this is community property
   (see instructions)

   Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ...................................................................... ➔    **$425,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Official Form 106A/B    Schedule A/B: Property    page 1

Debtor __Floyd, Benjamin Adam_____   Case number (if known) __23-10158__

| | | | | | |
|---|---|---|---|---|---|
| 3.1 | Make: | **BMW** | **Who has an interest in the property?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**<br>$49,000.00 | **Current value of the portion you own?**<br>$49,000.00 |
| | Model: | **4 Series** | | | |
| | Year: | **2022** | | | |
| | Approximate mileage: | | | | |
| | Other information: | | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

| | | | | | |
|---|---|---|---|---|---|
| 4.1 | Make: | | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?** | **Current value of the portion you own?** |
| | Model: | | | | |
| | Year: | | | | |
| | Other information: | | | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................................... → $49,000.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe. .........   2 Gun safes
   Furniture, appliances and other household items.   $10,600.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe. .........   Televisions, computer cell phone and other electronics.   $1,500.00

Debtor __Floyd, Benjamin Adam_____ Case number *(if known)* __23-10158__

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. .........  See attached list.                                           $6,000.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........  Clothing and shoes.                                          $2,500.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information. .............  Personal books and pictures.             $3,000.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................................  →  $23,600.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?          Current value of the portion you own?
                                                                                     Do not deduct secured claims or exemptions.

Debtor  **Floyd, Benjamin Adam**                                          Case number *(if known)* **23-10158**

---

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes ................................................................................................................. Cash: ..................

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................                         Institution name:

                    17.1. Checking account:       **Tinker Federal Credit Union**                                      $6,000.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes .....................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them....................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **525 Realty Group, LLC** | **50.00%** | **$0.00** |
    | **Benjamin Floyd Homes, LLC (This business is not operating and does not have any assets.)** | **100.00%** | **$0.00** |
    | **Edenborough Pointe, LLC (This business owns commercial land located at 3249 N. Sooner Rd., Edmond, OK 73013 valued at approximately $240,000, and secured by a loan with F&M Bank in the amount of $142,000.)** | **100.00%** | **$0.00** |
    | **RAF Investments, LLC (This company has never had any assets and is no longer operating. Company was used as a pass through referral system for real estate agents that did not have other memberships.)** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them....................  Issuer name:

---

Debtor **Floyd, Benjamin Adam**_____   Case number *(if known)* **23-10158**_____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | _____ | ____ |
    | Pension plan: | _____ | ____ |
    | IRA: | _____ | ____ |
    | Retirement account: | _____ | ____ |
    | Keogh: | _____ | ____ |
    | Additional account: | _____ | ____ |
    | Additional account: | _____ | ____ |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes ......................

    | | Institution name or individual: | |
    |---|---|---|
    | Electric: | _____ | ____ |
    | Gas: | _____ | ____ |
    | Heating oil: | _____ | ____ |
    | Security deposit on rental unit: | _____ | ____ |
    | Prepaid rent: | _____ | ____ |
    | Telephone: | _____ | ____ |
    | Water: | _____ | ____ |
    | Rented furniture: | _____ | ____ |
    | Other: | _____ | ____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes ......................   Issuer name and description:
    _____
    _____
    _____

Official Form 106A/B      Schedule A/B: Property      page **5**

Debtor __Floyd, Benjamin Adam_____   Case number *(if known)* __23-10158_____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes .................    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes. Give specific information about them. ...

    Alcoholic Beverage Server's License

    Real Estate License

    **unknown**

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Official Form 106A/B                         Schedule A/B: Property                         page **6**

Debtor  **Floyd, Benjamin Adam** _____   Case number *(if known)* **23-10158** _____

- [x] No
- [ ] Yes. Give specific information. ........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    - [x] No
    - [ ] Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    - [x] No
    - [ ] Yes. Name the insurance company of each policy and list its value. ...

    Company name:            Beneficiary:            Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    - [x] No
    - [ ] Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    - [x] No
    - [ ] Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    - [x] No
    - [ ] Yes. Describe each claim. ..............

Debtor **Floyd, Benjamin Adam** _____   Case number *(if known)* **23-10158** _____

---

35. **Any financial assets you did not already list**

    ☐ No

    ☑ Yes. Give specific information. ........   | 1/10 Mineral Rights in Caddo County (Last payment received was for less than $10 and approximately 10 years ago. )

    Debtor receives an annual amount from Keller Williams from profits of employees Debtor recruited for Keller Williams. Debtor expects $300-400 per year. |   $0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................  →   **$6,000.00**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                                                         % of ownership:

---

Official Form 106A/B                           Schedule A/B: Property                           page 8

Debtor **Floyd, Benjamin Adam** _____   Case number *(if known)* **23-10158** _____

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No
        ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................................... ➔  **$0.00**

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes ..........................

48. **Crops—either growing or harvested**

    ☑ No
    ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes ..........................

Official Form 106A/B             Schedule A/B: Property             page **9**

Debtor  Floyd, Benjamin Adam                                          Case number *(if known)* 23-10158

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................................................................................→   $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................................→   $0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................................................................→   $425,000.00

56. **Part 2: Total vehicles, line 5**                              $49,000.00

57. **Part 3: Total personal and household items, line 15**        $23,600.00

58. **Part 4: Total financial assets, line 36**                    $6,000.00

59. **Part 5: Total business-related property, line 45**           $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**        +  $0.00

62. **Total personal property.** Add lines 56 through 61. ...........   $78,600.00   Copy personal property total →  + $78,600.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................   $503,600.00

Official Form 106A/B                    Schedule A/B: Property                                                   page 10

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Benjamin** | **Adam** | **Floyd** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Western District of Oklahoma | |
| Case number (if known) | 23-10158 | | |

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. $425,000.00
   1b. Copy line 62, Total personal property, from *Schedule A/B*................................................. $78,600.00
   1c. Copy line 63, Total of all property on *Schedule A/B*........................................................... $503,600.00

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... $254,000.00
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... $0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ + $83,980.00

   Your total liabilities  $337,980.00

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................................................................ $0.00
5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................................................. $5,845.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| Debtor 1 | **Benjamin** | **Adam** | **Floyd** | Case number *(if known)* 23-10158 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $6,250.00

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Benjamin** | **Adam** | **Floyd** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Western District of Oklahoma | |
| Case number (if known) | 23-10158 | | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Benjamin Adam Floyd

Benjamin Adam Floyd, Debtor 1

Date  11/08/2023
      MM/ DD/ YYYY

Official Form 106Dec                           **Declaration About an Individual Debtor's Schedules**