**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br><br>BENJAMIN ADAM FLOYD,<br><br>                           Debtor | Case No. 23-10158-SAH<br>(Chapter 7) |

## Report of Sale

Trustee Kevin M. Coffey makes this Report of Sale under Fed.R.Bankr.P. 6004(f)(1) and respectfully represents to the Court as follows:

1. As stated in Trustee's Notice of Intent to Sell filed on December 21, 2023, Trustee sold all of the bankruptcy estate's right, title, and interest in and to Debtor's guns, ammunition, and two gun safes.

2. The guns and ammunition are listed in Debtor's amended schedules filed November 8, 2023 (Doc. 76), at B.10, and described in Exhibit A attached to this Report of Sale, and the two gun safes are listed in Debtor's amended schedules filed November 8, 2023 (Doc. 76), at B.6.

3. Trustee sold the property by private sale to Mariana Lloyd for the sum of $5,000. The property was sold "as is" without warranty, recourse, or representation as to the condition or status of the property.

4. In accordance with Fed.R.Bankr.P. 2002(a)(2), a copy of the Notice was mailed to all interested parties on December 21, 2023.

5. As required by Fed.R.Bankr.P. 6004(b), any persons objecting to the proposed sale had to file and serve objections on or before January 11, 2024.

6. No objections to the sale were filed.

Dated: 01-31-2024

                                                    Respectfully submitted,

                                                    *s/ Kevin M. Coffey*
                                                    Kevin M. Coffey, #11791
                                                    HARRIS & COFFEY, PLLC
                                                    435 N. Walker, Suite 202
                                                    Oklahoma City, Oklahoma  73102
                                                    (405) 235-1497
                                                    (405) 606-7446 (Fax)
                                                    kevin@harrisandcoffey.com
                                                    Chapter 7 Trustee

## BENJAMIN A. FLOYD

## Case No. 23-10158

## ATTACHMENT TO SCHEDULE B #10

| Quantity | Firearms |
|---|---|
| 1 | Thompson 390 |
| 1 | Smith & Wesson AR-10 |
| 1 | 12-gauge Browning |
| 1 | Remington Model 700 |
| 1 | Baretta 16 gauge over/under |
| 1 | 12 gauge Remington Shotgun |
| 1 | Topper Model 490 |
| 1 | 12 gauge (Unknown make) single shot shotgun |
| 1 | Sigsour AR |
| 1 | Curcyut 1900's (Inoperable) |
| 1 | Smith & Wesson AR 15 |
| 2 | AR 22 |
| 1 | Lower Action 30-06 |
| 1 | Glock 19 pistol |
| 1 | Torns Judge pistol |
| 1 | Browning 22 pistol |
| 1 | Sringfield 9mm |
| 1 | Smth & Wesson 9 mm |

| Quantity | Ammunition |
|---|---|
| 200 | 12 gauge |
| 1600 | 223 |
| 200 | 9mm |
| 20 | 280 |
| 40 | 43 |
| 28 | 308 |
| 5000 | 22 |
| 50 | 45 |

# Exhibit A