# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 23-10158 | SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
|---|---|---|---|---|---|---|
| Case Name: | Benjamin Adam Floyd | | | | Date Filed (f) or Converted (c): | 01/25/2023 (f) |
| | | | | | 341(a) Meeting Date: | 02/21/2023 |
| For Period Ending: | 06/30/2024 | | | | Claims Bar Date: | 09/21/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2417 Glenmere Dr, Edmond, OK 73003 | 322,500.00 | 0.00 | | 0.00 | FA |
| 2. 3249 N. Sooner Rd, Edmond, OK | 242,000.00 | 75,000.00 | | 75,379.16 | FA |
| 3. 2022 BMW 4 Series | 50,000.00 | 0.00 | | 0.00 | FA |
| 4. Living furniture, bedroom furniture, kitchen appliances and utensils, home office furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. COMPUTER, Television | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Household books and family pictures | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's clothing | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Tinker Federal Credit Union (checking account) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| 9. Keller Williams (401k) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Real Estate License | 0.00 | 0.00 | | 0.00 | FA |
| 11. 525 Realty Group, LLC (100% ownership) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Guns and Ammunition (u) | 0.00 | 7,500.00 | | 5,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $633,500.00 | $88,500.00 | $86,379.16 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/21/2023: Initial 341 MOC, continued to 04/12/2023 for documentation
02/23/2023: App to hire Harris & Coffey filed (doc. 17)
03/10/2023: Order granted re hire Harris & Coffey (doc. 22)
04/12/2023: 341 MOC held, continued to 05/17/2023 for documentation on potential asset
04/14/2023: Motion to extend discharge filed (doc. 32)
05/04/2023: Order granted re extend discharge (doc. 36)
05/17/2023: 341 MOC held, continued to 07/12/2023
06/22/2023: Request notice to file claims
06/28/2023: Form 1 filed (doc. 46)
09/27/2023: Notice of intent to sell real property filed (doc. 64); Motion to sell real property filed (doc. 65)
10/19/2023: Order granted re: motion to sell real property (doc. 68)
12/21/2023: Notice of intent to sell bankruptcy estate's interest in Sched B. property (doc. 77)
01/31/2024: Report of Sale filed (doc. 79)
02/14/2024: App to hire accountant (doc. 80)
02/29/2024: Order granted re: hire accountant (doc. 81)
03/18/2024: App to compensate accountant for tax preparation (doc. 84)
03/19/2024: Order granted re account fees (doc. 85)
04/09/2024: Objection to claim number 6-1 filed (doc. 89)
04/12/2024: Claim 6-1 withdrawn
04/24/2024: Order sustaining objection to Claim 6 (doc. 92)
05/03/2024: Trustee liquidated Asset #8
06/28/2024: Trustee is finalizing claim review and drafting motion for attorney's fees


Initial Projected Date of Final Report (TFR): 06/20/2025        Current Projected Date of Final Report (TFR): 06/20/2025

Trustee Signature:    /s/ KEVIN M. COFFEY        Date: 07/09/2024

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK  73102
(405) 235-1497
kevin@harrisandcoffey.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 23-10158 | Trustee Name: | KEVIN M. COFFEY |
| --- | --- | --- | --- |
| Case Name: | Benjamin Adam Floyd | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX2710 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1086 | Blanket Bond (per case limit): | $8,584,000.00 |
| For Period Ending: | 06/30/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/23 | 2 | The Oklahoma City Abstract & Title Co. | proceeds from sale<br>sale of real estate | 1110-000 | $75,379.16 | | $75,379.16 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.42 | $75,365.74 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.53 | $75,285.21 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.12 | $75,202.09 |
| 01/31/24 | 12 | Mariana, Inc | proceeds from sale<br>sale of guns and safes | 1229-000 | $5,000.00 | | $80,202.09 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.21 | $80,118.88 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.75 | $80,036.13 |
| 03/27/24 | 2001 | Steve Rutherford<br>Steve M. Rutherford, CPA, P.C.<br>4812 E. 81st St, Suite 302<br>Tulsa, OK  74137-1920 | Payment of accountant's fees per 3-19-24 Order (Doc. 85) | 3410-000 | | $652.50 | $79,383.63 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.37 | $79,295.26 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.73 | $79,210.53 |
| 05/03/24 | 8 | Mariana, Inc | Funds due | 1129-000 | $6,000.00 | | $85,210.53 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.65 | $85,116.88 |
| 06/06/24 | 2002 | International Sureties<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Chapter 7 Blanket Bond | 2300-000 | | $71.89 | $85,044.99 |
| | | | Page Subtotals: | | $86,379.16 | $1,334.17 | |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $86,379.16 | $1,334.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $86,379.16 | $1,334.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $86,379.16 | $1,334.17 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2710 - Checking | $86,379.16 | $1,334.17 | $85,044.99 |
|  | $86,379.16 | $1,334.17 | $85,044.99 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $86,379.16 |
| Total Gross Receipts: | $86,379.16 |

Trustee Signature:  /s/ KEVIN M. COFFEY    Date: 07/09/2024

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK  73102
(405) 235-1497
kevin@harrisandcoffey.com

Page Subtotals:    $0.00    $0.00